IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

CENTRAL ILLINOIS CARPENTERS HEALTH )
& WELFARE FUND, CENTRAL ILLINOIS )
CARPENTERS RETIREMENT SAVINGS FUND, )
MID-CENTRAL ILLINOIS REGIONAL )
COUNCIL OF CARPENTERS, MID-CENTRAL )
ILLINOIS REGIONAL COUNCIL OF )
CARPENTERS JOINT APPRENTICESHIP AND )
TRAINING FUND, CARPENTERS FRINGE )
BENEFIT FUNDS and CARPENTERS LOCAL 44)
                                    )
    Plaintiffs,                  )
                                    )
vs.                                 )   No.
                                    )
OSC ENTERPRISES, INC. f/k/a BRUNSON )
CONSTRUCTION, INC.                  )
                                    )
    Defendant.                   )

**CERTIFICATE OF INTEREST**

The undersigned, counsel of record for CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE TRUST FUND, CENTRAL ILLINOIS CARPENTERS RETIREMENT SAVINGS FUND, MID-CENTRAL ILLINOIS REGIONAL COUNCIL OF CARPENTERS, MID-CENTRAL ILLINOIS REGIONAL COUNCIL OF CARPENTERS JOINT APPRENTICESHIP AND TRAINING FUND, CARPENTERS FRINGE BENEFIT FUNDS, and CARPENTERS LOCAL #44, furnished the following in compliance with Local Rule 11.3 of this Court.

    (a)    CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE TRUST FUND, CENTRAL ILLINOIS CARPENTERS RETIREMENT SAVINGS FUND, MID-CENTRAL ILLINOIS REGIONAL COUNCIL OF CARPENTERS, MID-CENTRAL ILLINOIS REGIONAL COUNCIL OF CARPENTERS JOINT APPRENTICESHIP

        AND TRAINING FUND, CARPENTERS FRINGE BENEFIT FUNDS, and CARPENTERS LOCAL #44.

(b)    Not applicable.

(c)    CAVANAGH & O'HARA
William K. Cavanagh
Michael O'Hara
Patrick O'Hara
James P. Moody
John T. Long
Britt W. Sowle
John Wolters

DATED this 27th day of March 2007.

                    s/ Britt W. Sowle
                    BRITT W. SOWLE
                    **CAVANAGH & O'HARA**
                    Attorneys for Plaintiffs
                    1609 North Illinois Street
                    Swansea, Illinois 62226
                    Telephone:  (618) 222-5945
                    Facsimile:  (618) 222-6755
                    britt@cavanagh-hara.com