# UNITED STATES DISTRICT COURT

CENTRAL District of ILLINOIS

CENTRAL ILLINOIS CARPENTERS HEALTH
& WELFARE TRUST FUND, et. al.

V.

OSC ENTERPRISES, INC. f/k/a BRUNSON
CONSTRUCTION, INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-3088

TO: (Name and address of Defendant)

Mr. Thomas J. Gordon, Registered Agent
#1 Monterey Ct.
Champaign, Illinois 61820

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Cavanagh & O'Hara
1609 North Illinois Street
Swansea, Illinois 62226
(618)222-5945

an answer to the complaint which is herewith served upon you, within ____twenty (20)____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK                                                    DATE

(By) DEPUTY CLERK

```
                  SHERIFF'S OFFICE OF CHAMPAIGN COUNTY, ILLINOIS
Control #
Case #:   2007SN 3088          Type  SUM      Def#- 1 of  1    Origin- 10
Court Date:   /00/0000         Date Filed: 4/02/2007 Date Rec'd: 4/11/2007 15:19:22
Defendant: GORDON THOMAS(REGISTERED AGENT)           Attempted Services
Address:   1 MONTEREY COURT, CHAMPAIGN                          Date    Time
Employer:
Address:                                         519     4/14    10:45
                                                 524 CARD 4/16   14:00
Plaintiff: WELFARE TRUST FUND
Address:
Phone:
Service Info/Comments:
----------------------------------------------------------------
  20 DAY SUMMONS
----------------------------------------------------------------

I Certify that I served this process on the defendant as follows:

_X_ 1-PERSONAL SERVICE: By leaving a copy of the ____SUMMONS____ and
    complaint with the named defendant personally.

___ 2-SUBSTITUTE SERVICE: By leaving a copy of said ____SUMMONS____ at his
    usual place of abode with a person of the family of said defendant
    of age 13 years or upward and by informing such person with whom said
    ____SUMMONS____ was left of the contents thereof and by also sending
    a copy of said PROCESS in a sealed envelope, postage fully prepaid,
    addressed to the said defendant at his usual place of abode.

___ 3-CORPORATION SERVICE: By leaving a copy of the ____SUMMONS____
    with an agent of said corporation.

___ 4-NOT FOUND: The within named defendant not found in this county.

___ 5-OTHER (      SUMMONS       ):

Person Served: Thomas Gordan    Address: 204 E Main
SEX M  RACE W  DOB 4/6/41  HT 6'2  WT 175  Mailed Date:
Date Served: 4/17/07  Time: 1513
                                          Parkinson #68
DAN WALSH, SHERIFF CHAMPAIGN COUNTY   BY: _____ ,DEPUTY
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

                    REASON NOT SERVED:
            ___ 01 MOVED - NO FORWARDING  ___ 06 EMPLOYER REFUSAL
            ___ 02 NO SUCH ADDRESS        ___ 07 DECEASED
            ___ 03 NO CONTACT MADE        ___ 08 EVADED SERVICE
            ___ 04 WRONG ADDRESS          ___ 09 RETURNED PER ATTY
            ___ 05 MOVED - FORWARDING

ATT/PLF                POOR PERSON OR        SHERIFF'S SERVICE FEES
                       NO CHARGE____         SERVICE_____ $ 30
CAVANAGH & O'HARA                            MILES TRAVELED $  4
1609 N ILLINOIS ST                   0       RETURN_____ $  5
                       BALANCE DUE           TOTAL_____ $ 39
SWANSEA, IL 62226

    IMPORTANT THAT THIS SHEET IS ATTACHED TO YOUR PAYMENT.
    BE RETURNED TO YOU WITH YOUR RECEIPT.
```