IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE FUND, CENTRAL ILLINOIS CARPENTERS RETIREMENT SAVINGS FUND, MID-CENTRAL ILLINOIS REGIONAL COUNCIL OF CARPENTERS, MID-CENTRAL ILLINOIS REGIONAL COUNCIL OF CARPENTERS JOINT APPRENTICESHIP AND TRAINING FUND, CARPENTERS FRINGE BENEFIT FUNDS and CARPENTERS LOCAL 44 | ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No. 07-cv-3088 |
| OSC ENTERPRISES, INC., f/k/a BRUNSON CONSTRUCTION, INC. | ) ) ) | |
| Defendant. | ) ) | |

**REQUEST FOR ENTRY OF DEFAULT**

NOW COME Plaintiffs, CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE TRUST FUND, *et al.*, by and through their attorneys, Cavanagh & O'Hara, and for its Request for Entry of Default, state as follows:

1. That the Complaint in this matter was filed on April 2, 2007.

2. That on April 17, 2007, Thomas Gordon, Registered Agent, was duly served by Champaign County Sheriff's Department with said Summons and Complaint.

3. That the Defendant has failed to file a responsive pleading within the statutory time frame.

4. Pursuant to Standing Order attached hereto is the Affidavit of Britt W. Sowle in

1

Support of Motion for Default Judgment.

WHEREFORE, Plaintiffs, CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE TRUST FUND, *et al*, pray that this Court enter default judgment against Defendant, OSC ENTERPRISES, INC., f/k/a BRUNSON CONSTRUCTION, INC., and in favor of Plaintiffs.

CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE FUND, *et al*,
Plaintiffs,

By:   s/Britt W. Sowle
      BRITT W. SOWLE
      **CAVANAGH & O'HARA**
      Attorneys for Plaintiffs
      1609 North Illinois Street
      Swansea, Illinois 62226
      Telephone: (618) 222-5945
      Facsimile:  (618) 222-6755
      britt@cavanagh-ohara.com

S:\c&o\Files\Carpenters\CARPH&W\Brunson\Request for Entry of Default.wpd

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

CENTRAL ILLINOIS CARPENTERS HEALTH )
& WELFARE FUND, CENTRAL ILLINOIS )
CARPENTERS RETIREMENT SAVINGS FUND, )
MID-CENTRAL ILLINOIS REGIONAL )
COUNCIL OF CARPENTERS, MID-CENTRAL )
ILLINOIS REGIONAL COUNCIL OF )
CARPENTERS JOINT APPRENTICESHIP AND )
TRAINING FUND, CARPENTERS FRINGE )
BENEFIT FUNDS and CARPENTERS LOCAL 44 )
                                      )
    Plaintiffs,             )
                                      )
vs.                               )   No. 07-cv-3088
                                      )
OSC ENTERPRISES, INC., f/k/a BRUNSON )
CONSTRUCTION, INC.       )
                                      )
    Defendant.           )

**AFFIDAVIT IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT**

BRITT W. SOWLE, being first duly sworn, on oath states that he is one of the attorneys for the above-referenced Plaintiffs, and in such capacity represents the Plaintiffs in the above-entitled and numbered action.

That on April 17, 2007, Thomas J. Gordon, Registered Agent, was duly served by Champaign County Sheriff's Department, with said Complaint and Summons in this action; that the said Defendant has failed to appear, plead or otherwise defend herein within the time allowed and is therefore in default; that to the best information and belief the Defendant is not an infant or an incompetent person and not in the military service within the purview of the Solders' and Sailors' Civil Relief Act of 1940, as amended; that the claim Plaintiffs have is for Defendant's monthly reporting forms and payment of contributions for the period of August 2006 through current; plus

pre-judgment interest, liquidated damages in the amount of twenty percent (20%) of the entire delinquency; and further, that Judgment be awarded for any additional months in which contributions, at the time of Judgment have not been remitted to the Fund with applicable reporting forms, plus reasonable attorneys fees incurred to date of $1,843.53 by Plaintiffs in prosecuting this claim. This Affidavit is made for the purpose of requesting that default judgment be entered against the Defendant.

CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE TRUST FUND, *et al.*, Plaintiffs,

By: s/Britt W. Sowle
BRITT W. SOWLE
**CAVANAGH & O'HARA**
**Attorneys for Plaintiffs**
1609 North Illinois Street
Swansea, Illinois 62226
Telephone:   (618) 222-5945
Facsimile:    (618) 222-6755
britt@cavanagh-ohara.com

Subscribed and sworn to before me this 8th day of May 2007.

_____
NOTARY PUBLIC

S:\c&o\Files\Carpenters\CARPH&W\Brunson\A-Pursuant to Standing Order for DJ.wpd

"OFFICIAL SEAL"
TAMARA M. STICE
Notary Public, State of Illinois
My Commission Expires Jan. 30, 2011

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE FUND, CENTRAL ILLINOIS CARPENTERS RETIREMENT SAVINGS FUND, MID-CENTRAL ILLINOIS REGIONAL COUNCIL OF CARPENTERS, MID-CENTRAL ILLINOIS REGIONAL COUNCIL OF CARPENTERS JOINT APPRENTICESHIP AND TRAINING FUND, CARPENTERS FRINGE BENEFIT FUNDS and CARPENTERS LOCAL 44 | ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No. 07-cv-3088 |
| OSC ENTERPRISES, INC., f/k/a BRUNSON CONSTRUCTION, INC. | ) ) ) | |
| Defendant. | ) ) | |

**ORDER OF DEFAULT**

This cause coming on to be heard before the Court upon Plaintiffs' Request for Entry of Default. The Court, being fully advise in the premises, finds that Defendant, OSC ENTERPRISES INC., d/b/a BRUNSON CONSTRUCTION, INC., has failed to answer the Complaint filed herein in a timely fashion as required by the Federal Rules of Civil Procedure.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that default be, and the same is, hereby entered against Defendant, OSC ENTERPRISES INC., d/b/a BRUNSON CONSTRUCTION, INC, for its failure to answer this cause in a timely manner as provided by the Federal Rules of Civil Procedure and the rules of this Court.

IT IS FURTHER ORDERED that this cause of action is subject to dismissal for failure to prosecute unless within fourteen (14) days of the entry of this Order of Default, the Plaintiffs made

application to the District Court for the entry of a default judgment against Defendant, OSC ENTERPRISES INC., d/b/a BRUNSON CONSTRUCTION, INC.

   ENTERED this _____ day of _____, 2007.

                       _____
                       **United States Magistrate Judge**

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE FUND, CENTRAL ILLINOIS CARPENTERS RETIREMENT SAVINGS FUND, MID-CENTRAL ILLINOIS REGIONAL COUNCIL OF CARPENTERS, MID-CENTRAL ILLINOIS REGIONAL COUNCIL OF CARPENTERS JOINT APPRENTICESHIP AND TRAINING FUND, CARPENTERS FRINGE BENEFIT FUNDS and CARPENTERS LOCAL 44 | ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) No. 07-cv-3088 ) |
| OSC ENTERPRISES, INC., f/k/a BRUNSON CONSTRUCTION, INC. | ) ) ) |
| Defendant. | ) ) |

**Certificate of Service**

I hereby certify that on May 8, 2007, I electronically filed a Request for Entry of Default with the Clerk of Court using the CM/ECF system and I hereby certify that on May 8, 2007, I mailed by United States Postal Service, the documents(s) to the following non-registered participants:

Mr. Thomas J. Gordon, Registered Agent
#1 Monterey Ct.
Champaign, Illinois 61820

Respectfully submitted,
s/Britt W. Sowle
Britt W. Sowle
Cavanagh & O'Hara
1609 North Illinois Street
Swansea, Illinois 62226
Phone: (618)222-5945
Fax: (618)222-6755
E-mail: britt@cavanagh-ohara.com