IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS – SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE FUND, CENTRAL ILLINOIS CARPENTERS RETIREMENT SAVINGS FUND, MID-CENTRAL ILLINOIS REGIONAL COUNCIL OF CARPENTERS, MID-CENTRAL ILLINOIS REGIONAL COUNCIL OF CARPENTERS JOINT APPRENTICESHIP AND TRAINING FUND, CARPENTERS FRINGE BENEFIT FUNDS and CARPENTERS LOCAL 44, | ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) NO. 07-3088 ) |
| OSC ENTERPRISES, INC., f/k/a BRUNSON CONSTRUCTION, INC., | ) ) ) |
| Defendant. | ) |

ORDER OF DEFAULT

This cause coming on to be heard before the Court upon the Plaintiffs', CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE FUND, et al., Request for Entry of Default (d/e 5) and the Court being fully advised in the premises finds that the Defendant, OSC ENTERPRISES, INC., f/k/a BRUNSON CONSTRUCTION, INC., has been served with summons and complaint as

1

shown by the file in this case and has not answered or otherwise pleaded to the complaint filed herein;

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED that default be and the same is hereby entered against the Defendant named herein for its failure to appear, answer, or otherwise plead in this cause in the time and manner provided by the Federal Rules of Civil Procedure and the Rules of this Court.

IT IS FURTHER ORDERED that this cause of action is subject to dismissal for failure to prosecute unless within fourteen (14) days of the entry of this Order of Default, the Plaintiffs file with this court a motion for default judgment.

Entered this 29th day of May, 2007.

s/Charles H. Evans
CHARLES H. EVANS
United States Magistrate Judge
