IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

CENTRAL ILLINOIS CARPENTERS HEALTH )
& WELFARE FUND, CENTRAL ILLINOIS )
CARPENTERS RETIREMENT SAVINGS FUND, )
MID-CENTRAL ILLINOIS REGIONAL )
COUNCIL OF CARPENTERS, MID-CENTRAL )
ILLINOIS REGIONAL COUNCIL OF )
CARPENTERS JOINT APPRENTICESHIP AND )
TRAINING FUND, CARPENTERS FRINGE )
BENEFIT FUNDS and CARPENTERS LOCAL 44 )
)
    Plaintiffs, )
)
vs. ) No. 07-cv-3088
)
OSC ENTERPRISES, INC., f/k/a BRUNSON )
CONSTRUCTION, INC. )
)
    Defendant. )

## MOTION FOR DEFAULT JUDGMENT

NOW COME Plaintiffs, CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE TRUST FUND, *et al*, by and through their attorneys, Cavanagh & O'Hara, and moves this Court for a Default Judgment against the Defendant, OSC ENTERPRISES, INC., f/k/a BRUNSON CONSTRUCTION, INC., and in support thereof, states:

    1.    That the Complaint in this matter was filed on April 2, 2007, for Defendants monthly reporting forms and payment of contributions for the period of August 2006 through current; plus pre-judgment interest, liquidated damages in the amount of twenty percent (20%) of the entire delinquency; and further, that Judgment be awarded for any additional months in which contributions, at the time of Judgment have not been remitted to the Fund with applicable reporting

forms, plus reasonable attorneys fees incurred by Plaintiffs in prosecuting this claim.

2.     That on April 17, 2007, Thomas Gordon, Registered Agent, was duly served by Champaign County Sheriff's Department with said Summons and Complaint.

3.     That the Defendant has failed to file a responsive pleading within the statutory time frame.

4.     That the Plaintiffs are entitled to its attorney's fees incurred in this matter. Attached hereto and incorporated herein, as **Exhibit A**, is the Amended Affidavit in Support of Attorney's Fees of Britt W. Sowle

WHEREFORE, Plaintiffs pray for judgment against the Defendant, OSC ENTERPRISES, INC., f/k/a BRUNSON CONSTRUCTION, INC., as follows:

A.     That Judgment be awarded in favor of the Plaintiffs and against the Defendant for Defendant's monthly reporting forms and payment of contributions for the period of August 2006 through current; plus pre-judgment interest, liquidated damages in the amount of twenty percent (20%) of the entire delinquency; and further, that Judgment be awarded for any additional months in which contributions, at the time of Judgment have not been remitted to the Fund.

B.     That Defendant be specifically required to perform and continue to perform all its obligations to the Plaintiffs.

C.     That Defendant be decreed to pay to the Plaintiffs their attorney's fees to date in the amount of $1,843.53, as provided by ERISA, 29 U.S.C. Section 1132(g)(2).

D.     That Defendant be decreed to pay all costs attendant to the cost of these proceedings.

E.     That Plaintiffs be awarded such other and further relief as the court deems just and equitable, all at Defendant's cost.

Respectfully submitted,

CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE TRUST FUND, *et al.*, Plaintiffs,


By: __s/Britt W. Sowle_____
    BRITT W. SOWLE
    **CAVANAGH & O'HARA**
    Attorneys for Plaintiffs
    1609 North Illinois Street
    Swansea, Illinois 62226
    Telephone: (618) 222-5945
    Facsimile: (618) 222-6755
    britt@cavanagh-ohara.com

S:\c&o\Files\Carpenters\CARPH&W\Brunson\Motion.Default.Judgment.wpd

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

CENTRAL ILLINOIS CARPENTERS HEALTH )
& WELFARE FUND, CENTRAL ILLINOIS )
CARPENTERS RETIREMENT SAVINGS FUND, )
MID-CENTRAL ILLINOIS REGIONAL )
COUNCIL OF CARPENTERS, MID-CENTRAL )
ILLINOIS REGIONAL COUNCIL OF )
CARPENTERS JOINT APPRENTICESHIP AND )
TRAINING FUND, CARPENTERS FRINGE )
BENEFIT FUNDS and CARPENTERS LOCAL 44 )
                                       )
    Plaintiffs,                         )
                                       )
vs.                                    )   No. 07-CV-3088
                                       )
OSC ENTERPRISES, INC., f/k/a BRUNSON   )
CONSTRUCTION, INC.                     )
                                       )
    Defendant.                          )

## AMENDED AFFIDAVIT IN SUPPORT OF ATTORNEY FEES

I, BRITT W. SOWLE, having first been duly sworn on oath, state that the following itemization accurately represents the time and costs expended by Cavanagh & O'Hara in this cause:

| DATE | DESCRIPTION | TIME |
|---|---|---|
| 11/06/06 | Received and reviewed correspondence from the Fund Office regarding delinquent contributions. Preparation of demand letter to employer regarding payment of contributions via certified and regular mail; Transmittal of same to Fund Office. | .50 |
| 11/16/06 | Reviewed file; Contacted auditor to discuss lack of employer quarterly reports. Drafted recommendation to the Fund Office. | .50 |
| 12/05/06 | Review of file; Preparation of second and final letter to employer | |

1


EXHIBIT A

|            |                                                                                                                                                                                                                                                                                                                                                                          |       |
|------------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|
|            | demanding payment of delinquent contributions via certified and regular mail; Transmittal of same to Janet Kerns at the Fund Office.                                                                                                                                                                                                                                     | .40   |
| 02/06/07   | Telephone conference with Janet Kerns at the Fund Office regarding status of payment; Discuss filing suit.                                                                                                                                                                                                                                                               | .25   |
| 03/27/07   | Review file; Preparation of draft Complaint, Affidavit of Attorney Fees; Telephone conference with Illinois Secretary of State to obtain corporate status; Telephone conference with County Sheriff's Department regarding service of Summons.                                                                                                                           | 1.80  |
| 03/28/07   | Finalize Complaint; Preparation of Summons, Civil Cover Sheet and Certificate of Interest; Preparation of revised Affidavit of Attorney Fees; Assemble exhibits; Transmittal of same via electronic filing to U.S. District Court; Letter to U.S. District Court to pay filing fee and request issuance of Summons.                                                      | 2.00  |
| 04/05/07   | Received and reviewed court issued Summons and file stamped Complaint from U.S. District Court; Preparation of letter to Champaign County Sheriff's Department to serve Complaint and Summons on Defendant.                                                                                                                                                              | .50   |
| 04/25/07   | Received and reviewed executed Summons from Champaign County Sheriff's Department; File same with U.S. District Court via electronic filing.                                                                                                                                                                                                                             | .50   |
| 05/08/07   | Review of file; Check for Defendant's Answer to Complaint; Preparation of Request for Entry of Default, Affidavit in Support of Motion for Default Judgment, Order of Default and Certificate of Filing.                                                                                                                                                                 | 1.25  |
| 05/08/07   | Preparation of Amended Affidavit in Support of Attorney Fees, Motion for Default Judgment, Notice of Filing, proposed Order and Certificate of Service; File same with U.S. District Court via electronic filing; Transmittal of same to Defendant.                                                                                                                      | 2.00  |

|          |                                              |            |
|----------|----------------------------------------------|------------|
|          | TOTAL HOURS 4.25 X $90.00 PER HOUR           | $382.50    |
|          | TOTAL HOURS 5.45 X $195.00 PER HOUR          | $1,062.75  |
| 12/01/06 | Certified Mailings                           | $9.28      |
| 03/28/07 | U.S. District Court filing fee               | $350.00    |
| 03/28/07 | Champaign County Sheriff - fees              | $39.00     |

|  |  |
|---|---|
| TOTAL AMOUNT DUE: | $1,843.53 |

FURTHER THIS AFFIANT SAYETH NAUGHT.

s/ Britt W. Sowle
BRITT W. SOWLE
**CAVANAGH & O'HARA**
Attorney for Plaintiffs
1609 North Illinois Street
Swansea, Illinois 62226
Telephone: 618/222-5945
Facsimile: 618/222-6755
britt@cavanagh-ohara.com

SUBSCRIBED and SWORN to before me on this ___ day of June 2007.

_____
NOTARY PUBLIC

"OFFICIAL SEAL"
TAMARA M. STICE
Notary Public, State of Illinois
My Commission Expires Jan. 30, 2011

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE FUND, CENTRAL ILLINOIS CARPENTERS RETIREMENT SAVINGS FUND, MID-CENTRAL ILLINOIS REGIONAL COUNCIL OF CARPENTERS, MID-CENTRAL ILLINOIS REGIONAL COUNCIL OF CARPENTERS JOINT APPRENTICESHIP AND TRAINING FUND, CARPENTERS FRINGE BENEFIT FUNDS and CARPENTERS LOCAL 44 | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | ) No. 07-cv-3088<br>) |
| OSC ENTERPRISES, INC., f/k/a BRUNSON CONSTRUCTION, INC. | )<br>)<br>)<br>) |
| Defendant. | ) |

## ORDER

This cause coming to be heard on Plaintiffs' Motion for Default Judgment, and the Court having reviewed said Motion and other pleadings, and the Complaint having been duly filed and served upon Defendant, OSC ENTERPRISES, INC., f/k/a BRUNSON CONSTRUCTION, INC., and that the Defendant has failed to answer or otherwise plead within the statutory time frame, the Plaintiffs are hereby awarded Default Judgment against Defendant, OSC ENTERPRISES, INC., f/k/a BRUNSON CONSTRUCTION, INC., as follows:

A.   That Judgment be awarded in favor of the Plaintiffs and against the Defendant for Defendant's monthly reporting forms and payment of contributions for the period of August 2006 through current; plus pre-judgment interest, liquidated damages in the amount of twenty percent (20%) of the entire delinquency; and further, that Judgment be awarded for any additional months

in which contributions, at the time of Judgment have not been remitted to the Fund.

  B.  Defendant is ordered to perform and continue to perform all its obligations to the Plaintiffs.

  C.  Defendant is ordered to pay to the Plaintiffs, their attorney's fees in the amount of $1,843.53, as provided by ERISA, 29 U.S.C. Section 1132(g)2).

  D.  Defendant is ordered to pay all cost attendant to the cost of these proceedings.

  ENTERED this _____ day of _____, 2007.

_____
**United States District Judge**

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

CENTRAL ILLINOIS CARPENTERS HEALTH )
& WELFARE FUND, CENTRAL ILLINOIS )
CARPENTERS RETIREMENT SAVINGS FUND, )
MID-CENTRAL ILLINOIS REGIONAL )
COUNCIL OF CARPENTERS, MID-CENTRAL )
ILLINOIS REGIONAL COUNCIL OF )
CARPENTERS JOINT APPRENTICESHIP AND )
TRAINING FUND, CARPENTERS FRINGE )
BENEFIT FUNDS and CARPENTERS LOCAL 44 )
                                                                                 )
    Plaintiffs,                                                  )
                                                           )
vs.                                                             )    No. 07-cv-3088

OSC ENTERPRISES, INC., f/k/a BRUNSON )
CONSTRUCTION, INC. )

    Defendant. )

**NOTICE OF FILING
OF PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT**

TO:    Mr. Thomas J. Gordon, Registered Agent
          #1 Monterey Ct.
          Champaign, Illinois 61820

     NOTICE HEREBY GIVEN to you that Plaintiffs, CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE TRUST FUND, *et al*, by and through their attorneys, filed a Motion for Default Judgment against you on 12th day of June 2007.

     YOU ARE HEREBY NOTIFIED that the Honorable Court may rule on Plaintiffs' Motion without further notice to you seven (7) days after filing.

DATED this 12th day of June 2007.

          CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE TRUST FUND, *et al*, Plaintiffs,

          By:   s/Britt W. Sowle
              BRITT W. SOWLE
              **CAVANAGH & O'HARA**
              Attorneys for Plaintiffs
              1609 North Illinois Street
              Swansea, Illinois 62226
              Telephone: (618) 222-5945
              Facsimile: (618) 222-6755
              britt@cavanagh-ohara.com

S:\c&o\Files\Carpenters\CARPH&W\Brunson\Notice of Filing.wpd

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE FUND, CENTRAL ILLINOIS CARPENTERS RETIREMENT SAVINGS FUND, MID-CENTRAL ILLINOIS REGIONAL COUNCIL OF CARPENTERS, MID-CENTRAL ILLINOIS REGIONAL COUNCIL OF CARPENTERS JOINT APPRENTICESHIP AND TRAINING FUND, CARPENTERS FRINGE BENEFIT FUNDS and CARPENTERS LOCAL 44 | ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | )    No.  07-cv-3088 ) |
| OSC ENTERPRISES, INC.,  f/k/a BRUNSON CONSTRUCTION, INC. | ) ) ) |
| Defendant. | ) |

**Certificate of Service**

I hereby certify that on June 12, 2007, I electronically filed a Motion for Default Judgment with the Clerk of Court using the CM/ECF system and I hereby certify that on June 12, 2007, I mailed by United States Postal Service, the documents(s) to the following non-registered participants:

    Mr. Thomas J. Gordon, Registered Agent
    #1 Monterey Ct.
    Champaign, Illinois 61820

        Respectfully submitted,
        s/Britt W. Sowle
        Britt W. Sowle
        Cavanagh & O'Hara
        1609 North Illinois Street
        Swansea, Illinois 62226
        Phone: (618)222-5945
        Fax: (618)222-6755
        E-mail: britt@cavanagh-ohara.com