IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE FUND, CENTRAL ILLINOIS CARPENTERS RETIREMENT SAVINGS FUND, MID-CENTRAL ILLINOIS REGIONAL COUNCIL OF CARPENTERS, MID-CENTRAL ILLINOIS REGIONAL COUNCIL OF CARPENTERS JOINT APPRENTICESHIP AND TRAINING FUND, CARPENTERS FRINGE BENEFIT FUNDS and CARPENTERS LOCAL 44,  )  | | |
| Plaintiffs, ) | | |
| vs. ) | No. 07-3088 | |
| OSC ENTERPRISES, INC., f/k/a BRUNSON CONSTRUCTION, INC., ) | | |
| Defendant. ) | | |

OPINION

RICHARD MILLS, U.S. District Judge:

This case is before the Court on the Plaintiffs' motion for default judgment. Having reviewed the motion and relevant pleadings, the Court

1

finds that the complaint was duly filed and served upon Defendant OSC Enterprises, Inc., f/k/a Brunson Construction, Inc.

On May 29, 2007, following the Plaintiffs' motion for entry of default, United States Magistrate Judge Charles H. Evans entered an Order of Default against the Defendant for failure to answer or otherwise plead as provided by the Federal Rules of Civil Procedure and the Rules of this Court. The Plaintiffs have since filed a motion for a default judgment. The Defendant has not responded to the Plaintiffs' motion. Plaintiffs have tendered and the Court has reviewed the evidence in support of damages.

<u>Ergo</u>, the Plaintiffs' motion for default judgment [d/e 7] is ALLOWED. Judgment is entered in favor of Plaintiffs and against the Defendant for the Defendant's monthly reporting forms and payment of contributions for the period of August 2006 through current, plus pre-judgment interest; liquidated damages in the amount of twenty percent of the entire delinquency; and further, that Judgment be awarded for any additional months in which contributions, at the time of Judgment, have not been remitted to the fund. The Defendant is Ordered to perform and

continue to perform all its obligations to the Plaintiffs. The Defendant is further ordered to pay to the Plaintiffs their attorney's fees in the amount of $1,843.53, as provided by ERISA, 29 U.S.C. § 1132(g)(2). The Defendant is Ordered to pay all costs attendant to these proceedings.

ENTER: July 9, 2007

        FOR THE COURT:

                s/Richard Mills
                United States District Judge