# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| **CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE FUND, CENTRAL ILLINOIS CARPENTERS RETIREMENT SAVINGS FUND, MID-CENTRAL ILLINOIS REGIONAL COUNCIL OF CARPENTERS, MID-CENTRAL REGIONAL COUNCIL OF CARPENTERS JOINT APPRENTICESHIP AND TRAINING FUND, CARPENTERS FRINGE BENEFIT FUNDS and CARPENTERS LOCAL 44**<br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>**OSC ENTERPRISES, INC., f/k/a BRUNSON CONSTRUCTION, INC.**,<br>　　　　　Defendant. | Case Number:  **07-3088** |

☐ **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **DECISION BY THE COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

　　**IT IS ORDERED AND ADJUDGED** pursuant to Order entered by the Honorable Richard Mills that Judgment is entered in favor of Plaintiffs and against the Defendant for the Defendant's monthly reporting forms and payment of contributions for the period of August 2006 through current, plus prejudgment interest; liquidated damages in the amount of twenty percent of the entire delinquency; and further, that Judgment be awarded for any additional months in which contributions, at the time of Judgment, have not been

remitted to the fund. The Defendant is Ordered to perform and continue to perform all its obligations to the Plaintiffs. The Defendant is further ordered to pay to the Plaintiffs their attorney's fees in the amount of $1,843.53, as provided by ERISA, 29 U.S.C. § 1132(g)(2). The Defendant is Ordered to pay all costs attendant to these proceedings.

ENTER this 10th day of July, 2007

JOHN M. WATERS, CLERK

s/Marleen Cooke
BY:  DEPUTY CLERK