IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE FUND, CENTRAL ILLINOIS CARPENTERS RETIREMENT SAVINGS FUND, MID-CENTRAL ILLINOIS REGIONAL COUNCIL OF CARPENTERS, MID-CENTRAL ILLINOIS REGIONAL COUNCIL OF CARPENTERS JOINT APPRENTICESHIP AND TRAINING FUND, CARPENTERS FRINGE BENEFIT FUNDS and CARPENTERS LOCAL 44, <br><br> Plaintiffs, <br><br> vs. <br><br> OSC ENTERPRISES, INC., f/k/a BRUNSON CONSTRUCTION, INC. <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 07-cv-3088 |

## CITATION TO DISCOVER ASSETS

TO:   Mr. Thomas J. Gordon, Registered Agent
       OSC Enterprises, Inc., f/k/a Brunson Construction, Inc.
       #1 Monterey Ct.
       Champaign, Illinois 61820

**YOU ARE COMMANDED** to appear before the Honorable Magistrate Judge Byron G. Cudmore, at the United States District Court, Central District, 600 East Monroe Street, Springfield, Illinois on **Thursday, October 18, 2007 at 2:30 p.m.** to be examined under oath concerning the property or income of, or indebtedness due the judgment creditor, CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE TRUST FUND, et. al. Judgment was entered against you on July 10, 2007, ordering you to submit monthly reporting forms and payment of contributions for the period of August 2006 through current, plus pre-judgment interest, liquidated damages in the amount of twenty percent of the entire delinquency; and further, that Judgment be awarded for any additional months in which contributions, at the time of Judgment, have not been remitted to the Fund. The Defendant is Ordered to perform and continue to perform all its obligations to the Plaintiffs. Further, Defendant was ordered to pay Plaintiffs $1,843.53 in attorney fees and all costs of these proceedings as provided by 29 U.S.C. Section 1132(g)(2).

**YOU ARE COMMANDED** to produce all documents requested on the attached **Schedule A,** including, but not limited to, any and all books, papers or records in your possession or control which may contain information concerning the property or income of, or indebtedness of OSC ENTERPRISES, INC., f/k/a BRUNSON CONSTRUCTION, INC.

**YOU ARE PROHIBITED** from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from execution or garnishment belonging to the judgment debtor or to which he may be entitled or which may be acquired by or become due to him and from paying over or otherwise disposing of any money not so exempt, which is due or becomes due to him, until the further order of court or termination of the proceedings. You are not required to withhold the payment of any money beyond double the amount of judgment.

## YOUR FAILURE TO COMPLY WITH THIS CITATION MAY SUBJECT YOU TO PUNISHMENT FOR CONTEMPT OF THIS COURT.

WITNESS, _9-10_, 2007.

(SEAL)

s/ John M Waters
Clerk of Court    By B. Hansen

**CAVANAGH & O'HARA**
Attorneys for Plaintiffs
1609 North Illinois Street
Swansea, Illinois 62226
Telephone: (618)222-5945

# SCHEDULE A

1. All books and records of OSC ENTERPRISES, INC., f/k/a BRUNSON CONSTRUCTION, INC., for the period of January 1, 2006 to current.

2. All payroll records of OSC ENTERPRISES, INC., f/k/a BRUNSON CONSTRUCTION, INC., for the period of January 1, 2006 to current.

3. Federal and State Income Tax Returns for OSC ENTERPRISES, INC., f/k/a BRUNSON CONSTRUCTION, INC., for the years 2006 to current.

4. All payroll accounts and any other records indicating the amount of monies earned or owed by OSC ENTERPRISES, INC., f/k/a BRUNSON CONSTRUCTION, INC., from January 1, 2006 to current.

5. All deeds relating to real estate owned in part or *in toto* by OSC ENTERPRISES, INC., f/k/a BRUNSON CONSTRUCTION, INC.

6. Checkbooks, checking account records, savings account records, stocks, bonds, etc. relating to any and all assets owned in part or *in toto* by OSC ENTERPRISES, INC., f/k/a BRUNSON CONSTRUCTION, INC.

7. Titles or other documents pertaining to any motor vehicles and/or boats owned in part or *in toto* by OSC ENTERPRISES, INC., f/k/a BRUNSON CONSTRUCTION, INC.

S:\c&o\Files\Carpenters\CARPH&W\Brunson\CTDA.wpd