```
Control #: 200711327              SHERIFF'S OFFICE OF CHAMPAIGN COUNTY, ILLINOIS
Case #:  2007CV 3088              Type  CIT       Def#- 1

Court Date: 10/18/2007            Date Filed: 9/10/2007  Date Rec'd: 9/24/2007 11:57:57

Defendant: OSC ENTERPRISES (REG AGT THOMAS GORDON)         Attempted Services
Address:   1 MONTEREY COURT, CHA                            Date       Time

Emplyer:                                                   _____  ___:__
Address:

Plaintiff: CENTRAL IL CARPENTER S HEALTH/WELFAR            _____  ___:__
Address:
Phone:                                                     _____  ___:__
Service Info/Comments:
-------------------------------------------------------------------------
   10/18/07 2:30 SPRINGFIELD DIVISION

-------------------------------------------------------------------------
I Certify that I served this process on the defendant as follows:

___  1-PERSONAL SERVICE: By leaving a copy of the ____CITATION____ and
     complaint with the named defendant personally.

 X   2-SUBSTITUTE SERVICE: By leaving a copy of said ____CITATION____ at his
     usual place of abode with a person of the family of said defendant
     of age 13 years or upward and by informing such person with whom said
     ____CITATION____ was left of the contents thereof and by also sending
     a copy of said PROCESS in a sealed envelope, postage fully prepaid,
     addressed to the said defendant at his usual place of abode.

___  3-CORPORATION SERVICE: By leaving a copy of the ____CITATION____
     with an agent of said corporation.

___  4-NOT FOUND: The within named defendant not found in this county._____

___  5-OTHER (   CITATION   ): _____
```

Person Served: JUDY GORDAN W/FE    Address: #1 MONTEREY CT CHAMPAIGN

SEX F   RACE W   DOB 8-4-51   HT___   WT___   Mailed Date: 10/2/07

Date Served: 9/27/07   Time: 0950

DAN WALSH, SHERIFF CHAMPAIGN COUNTY   BY: _____ 51000 , DEPUTY

```
                    REASON NOT SERVED:
        __ 01 MOVED - NO FORWARDING    __ 06 EMPLOYER REFUSAL
        __ 02 NO SUCH ADDRESS          __ 07 DECEASED
        __ 03 NO CONTACT MADE          __ 08 EVADED SERVICE
        __ 04 WRONG ADDRESS            __ 09 RETURNED PER ATTY
        __ 05 MOVED - FORWARDING_____,
ATT/PLF                       POOR PERSON OR     SHERIFF'S SERVICE FEES
                              NO CHARGE___       SERVICE       $ 30
CAVANAGH & OHARA                                 MILES TRAVELED $ 4
1609 NORTH ILLINOIS                              RETURN        $ 5
                              BALANCE DUE 0      TOTAL         $ 39
SWANSEA IL 62226

IT IS IMPORTANT THAT THIS SHEET IS ATTACHED TO YOUR PAYMENT.
IT WILL BE RETURNED TO YOU WITH YOUR RECEIPT.
```