```
Control # 200815104                SHERIFF'S OFFICE OF CHAMPAIGN COUNTY, ILLINOIS
Case #: 2007CV 3088                Type CIT        Def# 1 of
Court Date: 1/16/2008              Date Filed: 12/14/2007  Date Rec'd: 1/02/2008 12:37:51

Defendant: OSC ENTERPRISES (REG AGT THOMAS GORDON)           Attempted Services
Address:   1 MONTEREY COURT, CHA                             Date       Time
Emplyer:   502 W CLARK       MO.              524    1/4    11:47
Address:   398-6981

Plaintiff: CEN IL CARPENTERS HE   ALTH&WELFARE FU            ____  ___:___
Address:
Phone:                                                       ____  ___:___
Service Info/Comments:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
  01/16/08 10:30

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
I Certify that I served this process on the defendant as follows:

X  1-PERSONAL SERVICE: By leaving a copy of the ___CITATION___ and
   complaint with the named defendant personally.

___ 2-SUBSTITUTE SERVICE: By leaving a copy of said ___CITATION___ at his
    usual place of abode with a person of the family of said defendant
    of age 13 years or upward and by informing such person with whom said
    ___CITATION___ was left of the contents thereof and by also sending
    a copy of said PROCESS in a sealed envelope, postage fully prepaid,
    addressed to the said defendant at his usual place of abode.

___ 3-CORPORATION SERVICE: By leaving a copy of the ___CITATION___
    with an agent of said corporation.

___ 4-NOT FOUND: The within named defendant not found in this county.____

___ 5-OTHER ( CITATION ): _____

Person Served: GORDON THOMAS      Address: 502 W CLARK SUITE 202
SEX M  RACE W  DOB 21+  HT ___  WT ___  Mailed Date: _____
Date Served: 1/7/08  Time: 1040 HRS              524
DAN WALSH, SHERIFF CHAMPAIGN COUNTY     BY: M R News        ,DEPUTY
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

                    REASON NOT SERVED:
          ___ 01 MOVED - NO FORWARDING    ___ 06 EMPLOYER REFUSAL
          ___ 02 NO SUCH ADDRESS          ___ 07 DECEASED
          ___ 03 NO CONTACT MADE          ___ 08 EVADED SERVICE
          ___ 04 WRONG ADDRESS            ___ 09 RETURNED PER ATTY
          ___ 05 MOVED - FORWARDING_____,

ATT/PLF                POOR PERSON OR          SHERIFF'S SERVICE FEES
                       NO CHARGE___            SERVICE_____ $ 30
CAVANAGH & OHARA                               MILES TRAVELED $
1609 N ILLINOIS ST                             RETURN_____ $
                          BALANCE DUE(X)       TOTAL_____ $ 30
SWANSEA IL 62226

IT IS IMPORTANT THAT THIS SHEET IS ATTACHED TO YOUR PAYMENT.
IT WILL BE RETURNED TO YOU WITH YOUR RECEIPT.
```