IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

CENTRAL ILLINOIS CARPENTERS HEALTH )
& WELFARE FUND, CENTRAL ILLINOIS )
CARPENTERS RETIREMENT SAVINGS FUND, )
MID-CENTRAL ILLINOIS REGIONAL )
COUNCIL OF CARPENTERS, MID-CENTRAL )
ILLINOIS REGIONAL COUNCIL OF )
CARPENTERS JOINT APPRENTICESHIP AND )
TRAINING FUND, CARPENTERS FRINGE )
BENEFIT FUNDS and CARPENTERS LOCAL 44 )
)
    Plaintiffs, )
)
vs. )   No. 07-cv-3088
)
OSC ENTERPRISES, INC., f/k/a BRUNSON )
CONSTRUCTION, INC. )
)
    Defendant. )

## CITATION TO DISCOVER ASSETS

TO:   Busey Bank Sunnycrest
        1717 Philo Road
        Urbana, Illinois 61802

    **YOU ARE COMMANDED** to appear before the Honorable Magistrate Judge Byron G. Cudmore, at the United States District Court, Central District, 600 East Monroe Street, Springfield, Illinois on **Thursday, February 21, 2008 at 3:30 p.m.** to be examined under oath concerning the property or income of OSC ENTERPRISES, INC., f/k/a BRUNSON CONSTRUCTION, INC.

    On July 10, 2007, Judgment was entered in favor of Plaintiffs and against Defendant, OSC ENTERPRISES, INC., f/k/a BRUNSON CONSTRUCTION, INC., for fringe benefit contribution monthly reporting forms and payment of contributions for the period of August 2006 through current, plus pre-judgment interest; liquidated damages in the amount of twenty percent of the entire delinquency; and further, that Judgment be awarded for any additional months in which contributions, at the time of Judgment, have not been remitted to the Fund. Further, Defendant was ordered to perform and continue to perform all its obligations to the Plaintiffs. Defendant was ordered to pay Plaintiffs $1,843.53 in attorney fees and all costs of

these proceedings as provided by 29 U.S.C. Section 1132(g)(2).

  **YOU ARE COMMANDED** to produce at the examination (bring with you) all books, papers or records in your possession or control which may contain information concerning the property or income of, or indebtedness of OSC ENTERPRISES, INC., f/k/a BRUNSON CONSTRUCTION, INC.

  **YOU ARE PROHIBITED** from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from execution or garnishment belonging to the judgment debtor or to which he may be entitled or which may be acquired by or become due to him and from paying over or otherwise disposing of any money not so exempt, which is due or becomes due to him, until the further order of court or termination of the proceedings. You are not required to withhold the payment of any money beyond double the amount of judgment.

  <u>**YOUR FAILURE TO APPEAR IN COURT AS HEREIN DIRECTED MAY CAUSE YOU TO BE ARRESTED AND BROUGHT BEFORE THE COURT TO ANSWER A CHARGE OF CONTEMPT OF COURT, WHICH MAY BE PUNISHABLE BY IMPRISONMENT IN JAIL.**</u>

WITNESS, _____1-28_____, 2007.

(SEAL)

_/s/ Pamela E. Robinson_
Clerk of Court

s/ by B Hansen

**CAVANAGH & O'HARA**
Attorneys for Plaintiffs
1609 North Illinois Street
Swansea, Illinois 62226
Telephone: (618)222-5945

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

CENTRAL ILLINOIS CARPENTERS HEALTH )
& WELFARE FUND, CENTRAL ILLINOIS )
CARPENTERS RETIREMENT SAVINGS FUND, )
MID-CENTRAL ILLINOIS REGIONAL )
COUNCIL OF CARPENTERS, MID-CENTRAL )
ILLINOIS REGIONAL COUNCIL OF )
CARPENTERS JOINT APPRENTICESHIP AND )
TRAINING FUND, CARPENTERS FRINGE )
BENEFIT FUNDS and CARPENTERS LOCAL 44 )
)
  Plaintiffs, )
)
vs. ) No. 07-cv-3088
)
OSC ENTERPRISES, INC., f/k/a BRUNSON )
CONSTRUCTION, INC. )
)
  Defendant. )

## THIRD PARTY RESPONDENT ANSWER TO CITATION PROCEEDINGS

_KATHY JOOP_ (Citation Respondent), certifies under penalty of perjury that with regard to the property of the judgment debtor, the Citation Respondent files the following answers to this Citation to Discover Assets and is in possession of the following property of the judgment debtor.

Circle one or more of the following and indicate the amount held:

A) Savings Account (Amount withheld) $ _____

**(B)** Checking and/or Now Account (Amount withheld) $ _193.69_

C) Certificate of Deposit (Amount held) $ _____

D) Money Market Account (Amount held) $ _____

E) Trust Account (Amount held) $ _____

F) Safety Deposit Box $ _____

G)    No Accounts _____

H)    Adverse Claimant: Name _____ Address _____

I)    Wages, Salary or Commissions _____

J)    Other Personal Property (Describe) _____

Attach a sheet for any additional information required by the Citation

**Sub-Total** _193.69_

Less right of offset for other loans _____

Less deduction for fees limited by 205 ILCS 5/48.1    _−50.00_

**Total** _143.69_

According to the business records kept by the Citation Respondent, we show the above information to be correct.

_[signature: Kathy Joop]_
Agent for Citation Respondent

_2-12-2008_
Date

Respondent/Agent:

Agent Name _KATHY JOOP_
Business Name _BUSEY BANK_
Address _201 WEST MAIN ST_
_URBANA, IL 61801_
Phone _217-365-4418_
Fax _217-365-4094_

**A COPY OF THIS ANSWER SHOULD BE MAILED TO THE COURT, ATTORNEY FOR PLAINTIFF OR JUDGMENT CREDITOR AND THE DEFENDANT.**