IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE FUND, CENTRAL ILLINOIS CARPENTERS RETIREMENT SAVINGS FUND, MID-CENTRAL ILLINOIS REGIONAL COUNCIL OF CARPENTERS, MID-CENTRAL ILLINOIS REGIONAL COUNCIL OF CARPENTERS JOINT APPRENTICESHIP AND TRAINING FUND, CARPENTERS FRINGE BENEFIT FUNDS and CARPENTERS LOCAL 44, | ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) ) | No. 07-3088 |
| OSC ENTERPRISES, INC., f/k/a BRUNSON CONSTRUCTION, INC., | ) ) ) | |
| Defendant. | ) | |

## ORDER TO SHOW CAUSE

RICHARD MILLS, U.S. District Judge:

    This case is before the Court on the motion for an Order to Show Cause filed by the Plaintiffs. The motion [d/e 15] is GRANTED.

1

Prior to entering a default judgment in this case, the Court reviewed the relevant pleadings and determined that the complaint was duly filed and served upon Defendant OSC Enterprises, Inc. f/k/a Brunson Construction, Inc. On July 10, 2007, the Court entered Judgment and ordered the Defendant to pay Plaintiffs for fringe benefit contribution monthly reporting forms and payment of contributions for the period of August 2006 through current, plus pre-judgment interest, liquidated damages in the amount of twenty percent of the entire delinquency; and further, that Judgment be awarded for any additional months in which contributions, at the time of Judgment, have not been remitted to the Fund. The Defendant was also ordered to perform and continue to perform all its obligations to the Plaintiffs. The Court ordered the Defendant to pay Plaintiffs $1,843.53 in attorney's fees and all costs of these proceedings.

In support of their motion, the Plaintiffs state that on October 18, 2007, a Citation to Discover Assets hearing was held wherein Defendant agreed to provide the outstanding financial documents to the Plaintiffs within 30 days. The outstanding materials consisted of fringe benefit

contribution reporting forms for the period of May 2007 to August 2007, through current bank account statements from Busey Bank and 2006-2007 tax returns for OSC Enterprises. The Defendant has continuously failed or refused to submit the outstanding documentation to the Plaintiffs. Based on the foregoing, the Plaintiffs petition the Court to issue a Rule to Show Cause requiring the Defendant to appear and show cause why it should not be held in contempt of Court for failure to comply.

<u>Ergo</u>, the Plaintiffs' Motion for Order to Show Cause [d/e 15] is GRANTED.

WHEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that Defendant OSC ENTERPRISES, INC., f/k/a BRUNSON CONSTRUCTION, INC., shall be, and hereby is ordered to be and appear before this Court on the 17th day of April, 2008, at 2:00 p.m., at the United States District Court, Central District of Illinois, 600 East Monroe Street, Springfield, Illinois, and then and there show what cause, if any it has, why it should not be held in contempt of Court for its failure to abide by the Order of this Court entered against Defendant on July 10, 2007.

ENTERED this 10th day of March, 2008.

FOR THE COURT:

                                                      s/Richard Mills
                                                     United States District Judge