Case #: **2007OR 3088**        Type **ORD**    Def#-  1 of
Court Date:  4/17/2008         Date Filed:  3/11/2008  Date Rec'd:  3/20/2008 12:56:4

Defendant: OSC ENTERPRISES (REG AGT THOMAS GORDON)        Attempted Services
Address:   1 MONTEREY COURT, CHA                                       Date    Time

Employer:
Address:

Plaintiff: CENTRAL ILLINOIS CARPENTERS
Address:
Phone:
Service Info/Comments:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
  04/17/08 2:00 SPRINGFIELD DIVISION
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

I Certify that I served this process on the defendant as follows:

___ 1-PERSONAL SERVICE: By leaving a copy of the _____ORDER_____ and
    complaint with the named defendant personally.

___ 2-SUBSTITUTE SERVICE: By leaving a copy of said _____ORDER_____ at his
    usual place of abode with a person of the family of said defendant
    of age 13 years or upward and by informing such person with whom said
    _____ORDER_____ was left of the contents thereof and by also sending
    a copy of said PROCESS in a sealed envelope, postage fully prepaid,
    addressed to the said defendant at his usual place of abode.

_X_ 3-CORPORATION SERVICE: By leaving a copy of the _____ORDER_____
    with an agent of said corporation.

___ 4-NOT FOUND: The within named defendant not found in this county.

___ 5-OTHER ( (property) ):

Person Served: Thomas Gordon    Address: 502 W. Clark St.
SEX M  RACE W  DOB __/__/__  HT___  WT___  Mailed Date: _____
Date Served: 3/28/08  Time: 1125

DAN WALSH, SHERIFF CHAMPAIGN COUNTY    BY: _____, DEPUTY
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

              REASON NOT SERVED:
        01 MOVED - NO FORWARDING    06 EMPLOYER REFUSAL
        02 NO SUCH ADDRESS          07 DECEASED
        03 NO CONTACT MADE          08 EVADED SERVICE
        04 WRONG ADDRESS            09 RETURNED PER ATTY
        05 MOVED - FORWARDING

ATT/PLF                POOR PERSON OR      SHERIFF'S SERVICE FEES
                       NO CHARGE___        SERVICE      $
CAVANAGH & O'HARA                          MILES TRAVELED $
1609 N ILLINOIS ST                         RETURN       $
                       BALANCE DUE         TOTAL        $
SWANSEA IL 62226

IT IS IMPORTANT THAT THIS SHEET IS ATTACHED TO YOUR PAYMENT.
IT WILL BE RETURNED TO YOU WITH YOUR RECEIPT.