IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE FUND, CENTRAL ILLINOIS CARPENTERS RETIREMENT SAVINGS FUND, MID-CENTRAL ILLINOIS REGIONAL COUNCIL OF CARPENTERS, MID-CENTRAL ILLINOIS REGIONAL COUNCIL OF CARPENTERS JOINT APPRENTICESHIP AND TRAINING FUND, CARPENTERS FRINGE BENEFIT FUNDS and CARPENTERS LOCAL 44,<br><br>    Plaintiffs,<br><br>vs.<br><br>OSC ENTERPRISES, INC., f/k/a BRUNSON CONSTRUCTION, INC.<br><br>    Defendant. | No. 07-cv-3088 |

**ENTRY OF APPEARANCE**

NOW COMES, JOHN A. WOLTERS, of Cavanagh & O'Hara and hereby enters his appearance as co-counsel on behalf of Plaintiffs, CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE TRUST FUND, et. al.

                Respectfully submitted,
                CENTRAL ILLINOIS CARPENTERS HEALTH &
                WELFARE TRUST FUND, et. al., Plaintiffs

                By:  s/John A. Wolters
                      One of Plaintiff's Attorneys
                      CAVANAGH & O'HARA
                      407 East Adams Street
                      Springfield, IL 62705
                      (217)544-1771 - Telephone
                      (217)544-9894 - Facsimile
                      johnwolters@cavanagh-ohara.com

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE FUND, CENTRAL ILLINOIS CARPENTERS RETIREMENT SAVINGS FUND, MID-CENTRAL ILLINOIS REGIONAL COUNCIL OF CARPENTERS, MID-CENTRAL ILLINOIS REGIONAL COUNCIL OF CARPENTERS JOINT APPRENTICESHIP AND TRAINING FUND, CARPENTERS FRINGE BENEFIT FUNDS and CARPENTERS LOCAL 44 ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, ) | |
| vs. ) | No. 07-cv-3088 |
| ) | |
| OSC ENTERPRISES, INC., f/k/a BRUNSON CONSTRUCTION, INC. ) ) ) | |
| Defendant. ) | |

**Certificate of Service**

I hereby certify that on April 15, 2008, I electronically filed an Entry of Appearance with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

    Mr. Thomas J. Gordon, Registered Agent
    #1 Monterey Ct.
    Champaign, Illinois 61820

Respectfully submitted,
By:  s/John A. Wolters
One of Plaintiff's Attorneys
CAVANAGH & O'HARA
407 East Adams Street
Springfield, IL 62705
(217)544-1771 - Telephone
(217)544-9894 - Facsimile
johnwolters@cavanagh-ohara.com