IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

CENTRAL ILLINOIS CARPENTERS HEALTH   )
& WELFARE FUND, CENTRAL ILLINOIS     )
CARPENTERS RETIREMENT SAVINGS FUND,  )
MID-CENTRAL ILLINOIS REGIONAL        )
COUNCIL OF CARPENTERS, MID-CENTRAL   )
ILLINOIS REGIONAL COUNCIL OF         )
CARPENTERS JOINT APPRENTICESHIP AND  )
TRAINING FUND, CARPENTERS FRINGE     )
BENEFIT FUNDS and CARPENTERS LOCAL 44 )
                                     )
    Plaintiffs,                  )
                                     )
vs.                                  )    No.  07-cv-3088
                                     )
OSC ENTERPRISES, INC., f/k/a BRUNSON )
CONSTRUCTION, INC.                   )
                                     )
    Defendant.                   )

## ENTRY OF APPEARANCE

NOW COMES, JOHN A. WOLTERS, of Cavanagh & O'Hara and hereby enters his appearance as co-counsel on behalf of Plaintiffs, CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE TRUST FUND, et. al.

    Respectfully submitted,
    CENTRAL ILLINOIS CARPENTERS HEALTH &
    WELFARE TRUST FUND, et. al., Plaintiffs

    By:  s/John A. Wolters
        One of Plaintiff's Attorneys
        CAVANAGH & O'HARA
        407 East Adams Street
        Springfield, IL 62705
        (217)544-1771 - Telephone
        (217)544-9894 - Facsimile
        johnwolters@cavanagh-ohara.com

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE FUND, CENTRAL ILLINOIS CARPENTERS RETIREMENT SAVINGS FUND, MID-CENTRAL ILLINOIS REGIONAL COUNCIL OF CARPENTERS, MID-CENTRAL ILLINOIS REGIONAL COUNCIL OF CARPENTERS JOINT APPRENTICESHIP AND TRAINING FUND, CARPENTERS FRINGE BENEFIT FUNDS and CARPENTERS LOCAL 44 | ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No. 07-cv-3088 |
| OSC ENTERPRISES, INC., f/k/a BRUNSON CONSTRUCTION, INC. | ) ) ) ) | |
| Defendant. | ) | |

**Certificate of Service**

I hereby certify that on April 15, 2008, I electronically filed an Entry of Appearance with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

    Mr. Thomas J. Gordon, Registered Agent
    #1 Monterey Ct.
    Champaign, Illinois 61820

    Respectfully submitted,
    By: s/John A. Wolters
    One of Plaintiff's Attorneys
    CAVANAGH & O'HARA
    407 East Adams Street
    Springfield, IL 62705
    (217)544-1771 - Telephone
    (217)544-9894 - Facsimile
    johnwolters@cavanagh-ohara.com