E-FILED
Tuesday, 24 June, 2008  01:56:40 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE FUND, CENTRAL ILLINOIS CARPENTERS RETIREMENT SAVINGS FUND, MID-CENTRAL ILLINOIS REGIONAL COUNCIL OF CARPENTERS, MID-CENTRAL ILLINOIS REGIONAL COUNCIL OF CARPENTERS JOINT APPRENTICESHIP AND TRAINING FUND, CARPENTERS FRINGE BENEFIT FUNDS and CARPENTERS LOCAL 44 | ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No. 07-cv-3088 |
| OSC ENTERPRISES, INC., f/k/a BRUNSON CONSTRUCTION, INC. | ) ) ) | |
| Defendant. | ) | |

**MOTION TO CANCEL RULE TO SHOW CAUSE HEARING**

NOW COMES the Plaintiff, CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE TRUST FUND, et. al., hereinafter referred to as the "FUND," by and through its attorneys, Cavanagh & O'Hara, and moves to cancel its Rule to Show Cause states to the Court as follows:

1. That the Complaint in this matter was filed on April 2, 2007, for Defendants monthly reporting forms and payment of contributions for the period of August 2006 through current; plus pre-judgment interest, liquidated damages in the amount of twenty percent (20%) of the entire delinquency; and further, that Judgment be awarded for any additional months in which contributions, at the time of Judgment have not been remitted to the Fund with applicable reporting forms, plus reasonable attorneys fees incurred by Plaintiffs in prosecuting this claim.

2. That on April 17, 2007, Thomas Gordon, Registered Agent, was duly served by Champaign County Sheriff's Department with said Summons and Complaint.

3.  That on July 10, 2007, this court entered Judgment and ordered Defendant to pay Plaintiffs for fringe benefit contribution monthly reporting forms and payment of contributions for the period of August 2006 through current, plus pre-judgment interest, liquidated damages in the amount of twenty percent of the entire delinquency; and further, that Judgment be awarded for any additional months in which contributions, at the time of Judgment, have not been remitted to the Fund. Further, Defendant was ordered to perform and continue to perform all its obligations to the Plaintiffs. Defendant was ordered to pay Plaintiffs $1,843.53 in attorney fees and all costs of these proceedings

4.  That on October 18, 2007, a Citation to Discover Assets hearing was held wherein Defendant agreed to provide the outstanding financial documents to Plaintiffs within thirty (30) days. The outstanding materials consisted of fringe benefit contribution reporting forms for the period of May 2007 to current, August 2007 through current bank account statements from Busey Bank and 2006-2007 tax returns for OSC Enterprises.

5.  Defendant has continuously failed or refused to submit the outstanding documentation to Plaintiffs.

6.  Plaintiff petitioned this court that a Rule to Show Cause be issued requiring Defendant to appear and show cause why it should not be held in contempt of court for failure to comply. A Rule to Show Cause hearing was schedule for Thursday, June 26, 2008 at 2:30 p.m.

7.  Defendant has submitted all outstanding financial documents requested at the Citation hearing and has entered into a Settlement Agreement.

8.  Plaintiff respectfully requests that said Rule to Show Cause Hearing be cancelled.

WHEREFORE, Plaintiff moves to cancel its Rule to Show Cause.

Respectfully submitted,
s/Britt W. Sowle
Britt W. Sowle
1609 North Illinois Street
Swansea, Illinois 62226
britt@cavanagh-ohara.com

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE FUND, CENTRAL ILLINOIS CARPENTERS RETIREMENT SAVINGS FUND, MID-CENTRAL ILLINOIS REGIONAL COUNCIL OF CARPENTERS, MID-CENTRAL ILLINOIS REGIONAL COUNCIL OF CARPENTERS JOINT APPRENTICESHIP AND TRAINING FUND, CARPENTERS FRINGE BENEFIT FUNDS and CARPENTERS LOCAL 44 | ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No. 07-cv-3088 |
| OSC ENTERPRISES, INC., f/k/a BRUNSON CONSTRUCTION, INC. | ) ) ) ) | |
| Defendant. | ) | |

**Certificate of Service**

I hereby certify that on June 24, 2008, I electronically filed a Motion to Cancel Rule to Show Cause Hearing with the Clerk of Court using the CM/ECF system and I hereby certify that on June 24, 2008, I mailed by United States Postal Service, the documents(s) to the following non-registered participants:

      Mr. Thomas J. Gordon, Registered Agent
      #1 Monterey Ct.
      Champaign, Illinois 61820

                      Respectfully submitted,
                      s/Britt W. Sowle
                      Britt W. Sowle
                      Cavanagh & O'Hara
                      1609 North Illinois Street
                      Swansea, Illinois 62226
                      Phone: (618)222-5945
                      Fax: (618)222-6755
                      E-mail: britt@cavanagh-ohara.com